IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMOGENE CORTEZ-WYRSCH,<br><br>  Plaintiff,<br><br>  v.<br><br>PHILLIPPINE AIRLINES, Inc.,<br><br>  Defendant. | Case No.: 12-cv-3282 JST (JSC)<br><br>**ORDER RE: DEFENDANT'S DISCOVERY LETTER BRIEF (Dkt. No. 15)** |

   Now pending before the undersigned magistrate judge is Defendant's Discovery Letter Brief (Dkt. No. 15) seeking to compel discovery responses from Plaintiff. It does not appear that the parties have held a meaningful meet and confer regarding the discovery dispute as required by Local Rule Local Rule 1-5(n).

   The parties are ordered to meet and confer telephonically regarding the discovery dispute by Friday, March 29, 2013. If the parties are unable to resolve the dispute, they shall appear on April 4, 2013 at 9:00 a.m. in Courtroom F at 450 Golden Gate Avenue, San Francisco, California. The parties will be escorted to the jury room where they will meet and confer in person. If the parties are unable to resolve the matter through this further meet and confer, the Court will hear argument at 11:00 a.m. In the interim, Defendant shall file by

April 1, 2013 a declaration attaching copies of the disputed discovery requests, and Plaintiff's responses thereto.

**IT IS SO ORDERED.**

Dated: March 25, 2013

                                              _____
                                              JACQUELINE SCOTT CORLEY
                                              UNITED STATES MAGISTRATE JUDGE