UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IMOGENE CORTEZ-WYRSCH, | Case No. 12-cv-03282-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| PHILIPPINE AIRLINES, INCORPORATED, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline for Plaintiff to provide Rule 26 disclosures | April 24, 2013 |
| Fact discovery cut-off | Sept. 30, 2013 |
| Expert disclosures | Oct. 15, 2013 |
| Last day to disclose expert rebuttal | Nov. 15, 2013 |
| Expert discovery cut-off | Dec. 16, 2013 |
| Deadline to file dispositive motions | December 20, 2013 |
| Pretrial conference statement | March 4, 2014 |
| Pretrial conference | March 14, 2014 at 2:00 p.m. |
| Trial | March 24, 2014 at 8:30 a.m. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation. The parties should proceed to prepare their cases for trial. No continuance, even if stipulated, shall be granted on the ground of incomplete preparation without competent and detailed declarations setting forth good cause.

Dated: April 10, 2013

                                                                        JON S. TIGAR
                                                                        United States District Judge