UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IMOGENE CORTEZ-WYRSCH, | |
|---|---|
| Plaintiff, | Case No. 12-cv-03282-JST |
| v. | **SCHEDULING ORDER** |
| PHILIPPINE AIRLINES, INCORPORATED, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline for Plaintiff to provide Rule 26 disclosures | April 24, 2013 |
| Fact discovery cut-off | Sept. 30, 2013 |
| Expert disclosures | Oct. 15, 2013 |
| Last day to disclose expert rebuttal | Nov. 15, 2013 |
| Expert discovery cut-off | Dec. 16, 2013 |
| Deadline to file dispositive motions | December 20, 2013 |
| Pretrial conference statement | March 4, 2014 |
| Pretrial conference | March 14, 2014 at 2:00 p.m. |
| Trial | March 24, 2014 at 8:30 a.m. |

1  Counsel may not modify these dates without leave of court.  The parties shall comply with
2  the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
3  While the Court encourages informal resolution, the Court ordinarily does not grant
4  extensions on the ground that settlement discussions are occurring or because the parties
5  experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation.
6  The parties should proceed to prepare their cases for trial.  No continuance, even if stipulated,
7  shall be granted on the ground of incomplete preparation without competent and detailed
8  declarations setting forth good cause.

Dated: April 10, 2013

_____
JON S. TIGAR
United States District Judge