UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMOGENE CORTEZ-WYRSCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPPINE AIRLINES, INCORPORATED,<br><br>　　　　Defendant. | Case No.  12-cv-03282-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 25 |

　　　　The parties stated on the record on August 5, 2013, that they have settled this action. See ECF No. 25. Accordingly, all deadlines and hearings in this case are VACATED. By September 19, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

　　　　The parties should be aware that, unless there is good cause for continuing federal court supervision over a case, it is not the undersigned's normal practice to exercise continuing jurisdiction over a settlement agreement or to issue an injunction which has the effect of making the violation of an agreement a federal cause of action. See, e.g., Regents of the Univ. of Calif. v. International Medical Group, Inc., Case No. 3:12-cv-00048-JST, Order Denying Request to Retain Jurisdiction over Settlement Agreement, ECF No. 53 (N.D. Cal. July 9, 2013). If the parties request that the Court exercise such jurisdiction, the request should also explain the unusual circumstances that justify departure from this general rule.

//
//
//
//
//

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: August 9, 2013

_____
JON S. TIGAR
United States District Judge