UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMOGENE CORTEZ-WYRSCH,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIPPINE AIRLINES, INCORPORATED,<br><br>    Defendant. | Case No.  12-cv-03282-JST<br><br>**SECOND ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 27 |

At the parties' request, ECF No. 27, and good cause appearing, the Court orders the parties to file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order, not later than October 21, 2013.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: September 19, 2013

_____
JON S. TIGAR
United States District Judge